

**Exhibit**

**2**